UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

   - v. -                               :   **ORDER**

JENCY DIAZ,                             :
    a/k/a "JC,"
KEVIN MORA,                             :
    a/k/a "Jaffy,"
ARTURO MORA,                            :
    a/k/a "Etho,"
WYKEE JOHNSON,                          :
CERENE MAYES,
    a/k/a "Mama,"                     :
HOWARD AYLLON,
    a/k/a "Kapo,"                     :
MYRON DECOSTA, and
CARLA DECOSTA,                          :

             Defendants.       :

- - - - - - - - - - - - - - - - - - x

Upon the application of the United States of America, by and through Assistant United States Attorney Maurene Comey, it is hereby ORDERED that Indictment 18 Cr. 749, which was filed under seal on October 15, 2018, be and hereby is unsealed.

SO ORDERED.

Dated:   New York, New York
        October 29, 2018

                                    HONORABLE SARAH NETBURN
                                    UNITED STATES MAGISTRATE JUDGE
                                    SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 29 2018



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 29, 2018

**BY EMAIL**

The Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Jency Diaz*, et al.,    **18 Cr. 749**

Dear Judge Netburn:

    The Government writes to respectfully request that the above-referenced Indictment, which was returned under seal on October 15, 2018, be unsealed. Six defendants charged in this Indictment were arrested this morning. A proposed Order is enclosed for the Court's consideration.

    Very truly yours,

    GEOFFREY S. BERMAN
    United States Attorney

by:    /s/Maurene Comey
    Maurene Comey
    Assistant United States Attorney
    (212) 637-2324

*Enclosure*